```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
DOW JONES & COMPANY, INC.,                                  :
                                                            :
                          Plaintiff,                        :      14 Civ. 131(JMF)
                                                            :
            -v-                                             :      ORDER
                                                            :
REAL-TIME ANALYSIS & NEWS, LTD.,                            :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

On January 9, 2014, Plaintiff filed its complaint with the Court. Defendant was served with the complaint on January 17, 2014, and proof of service was filed with the Court on February 7, 2014. To date, Defendant has neither answered the complaint, nor otherwise appeared in this action.

Accordingly, it is hereby ORDERED that any order to show cause for entry of a default judgment is due **April 23, 2014**. Any opposition is due **May 7, 2014**. The Order to Show Cause is returnable **May 14, 2014**, at **4:30 p.m.** in **Courtroom 1105** in the Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website (http://nysd.uscourts.gov/judge/Furman).

IT IS FURTHER ORDERED that the initial pretrial conference in this matter, previously scheduled for April 17, 2014, at 3:30 p.m., is CANCELLED.

SO ORDERED.

Dated: April 9, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge