UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOW JONES & COMPANY, INC.,

                Plaintiff,

- against -

REAL-TIME ANALYSIS & NEWS, LTD. (d/b/a "Ransquawk"),

                Defendant.

14 Civ. 00131 (JMF)

**SUPPLEMENTAL DECLARATION OF ADAM E. PINTO IN SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT**

Adam E. Pinto, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares:

1. I am an associate at Patterson Belknap Webb & Tyler LLP ("Patterson Belknap"), counsel for defendant Dow Jones & Company, Inc. ("Dow Jones") in this matter. This declaration is respectfully submitted in further support of Dow Jones's Order to Show Cause for Entry of Default Judgment.

2. Through the present day, Ransquawk continues to block computers at Patterson Belknap from monitoring its audio and real-time newsfeed services and from viewing any portion of its public website.

3. As recently as May 13, from outside the Patterson Belknap network, I observed Ransquawk copying DJ Dominant headlines. Although Patterson Belknap is blocked from subscribing to Ransquawk's live audio and text feeds, ransquawk.com generates a stand-alone web page for each story it posts on its text feed. I annex as Exhibit A screenshots of a series of DJ Dominant headlines regarding Bundesbank posted on May 13 at 6:06 a.m. and the corresponding copy posted on ransquawk.com one minute later. The Ransquawk timestamp is four hours later due to the time zone difference. I have highlighted the copied headlines on DJ Dominant and the corresponding ransquawk.com web page.

6962107v.1

4. On December 11, 2013, the text on ransquawk.com/about stated that "RANsquawk is a team of 20 including 14 professional analysts with offices in London, Chicago and New York." I attach as Exhibit B a screen capture of the website taken on that date. This text remained on the website on January 10, 2014, the date the Complaint in this case was filed.

5. Ransquawk has since revised the text on ransquawk.com/about to state that "RANsquawk is a team of 20 including 14 professional analysts with offices in London." I attach as Exhibit C a screen capture of the website taken on May 13, 2014.

6. After Ransquawk was served with the Complaint and Order for Initial Pretrial Conference, Dow Jones observed that the address listed on ransquawk.com changed from 25 Copthall Avenue, London, EC2R 7BP, United Kingdom to 110 Bishopsgate, 22nd Floor, London, EC2N 4AY, United Kingdom. As a result, Dow Jones served Ransquawk with the Court's Order to Show Cause for Entry of Default Judgment and its supporting documents at both addresses.

7. Ransquawk.com charges variable rates to subscribers based on how many individual "listeners" will have access to Ransquawk's content. The site's rates also vary based on the subscriber's country of residence. When I accessed the site from outside the Patterson Belknap network on May 12, 2014, when asked to select my country of residence, "United States" was the first option on the list of countries that ransquawk.com provided. For its "multi-asset" package, which Ransquawk describes as a "hybrid service combining our Fixed Income,

Equities, FX & Commodity packages," a United States customer with 1-10 listeners is quoted a price in U.S. dollars of $300.00 per listener per month, in addition to a $100.00 set-up fee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2014

_____
Adam E. Pinto