Exhibit C

RANSQUAWK)))

HOME   ABOUT   SERVICES   PACKAGES ▾   CONTACT   FREE TRIAL   LOGIN

# About
## Who are RANsquawk?

The story so far...

2005   2006 - 2009   2010 - 2013   The Future



## The Future

RANsquawk continues to be seen by many as the indispensable tool for global market movers.

We believe our broadcasts of real-time information on equities, fixed income, energy, forex, and metals is unrivalled. So take your free trial today. We look forward to welcoming you to our informed community where we enjoy more than 1.2 million visits per year.

RANsquawk is a team of 20 including 14 professional analysts with offices in London.

## Press & Partners

🐦 RT @esenrance: Inflation Report shows #MPC banking on a sharp rise in productivity growth. Without this, forecasts don't hang together