USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DOW JONES & COMPANY, INC.,

        Plaintiff,

- against -

REAL-TIME ANALYSIS & NEWS, LTD. (d/b/a "Ransquawk"),

        Defendant.

------------------------------------x

Index No. 14-cv-00131-JMF

[~~PROPOSED~~] **FINAL JUDGMENT AND PERMANENT INJUNCTION**

    WHEREAS, on January 9, 2014, Plaintiff Dow Jones & Company, Inc. ("Dow Jones") filed its Complaint against Defendant Real-Time Analysis & News, Ltd. d/b/a "Ransquawk" ("Ransquawk"), alleging "hot news" misappropriation and tortious interference with contractual relations, both under the common law of New York; and

    WHEREAS, after proper service, Ransquawk has failed to appear and defend; and

    WHEREAS, on February 20, 2014, the Clerk of Court declared Ransquawk to be in default; and

    WHEREAS, on April 23, 2014, Dow Jones sought a default judgment, including an award of monetary damages and injunctive relief; and

    WHEREAS, this Court's independent review has determined that the Complaint states a claim for relief against Ransquawk on both causes of action; it is now

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in ~~the liquidated amount of $_____~~ *an amount to be determined at an inquest.* ~~with interest at ____% from~~

~~amounting to $_____ plus costs and disbursements of this action in the amount of $_____~~ amounting in all to $_____, and

WHEREAS, this Court finds that Dow Jones would be irreparably harmed absent the grant of an injunction; that money damages alone would not fully remedy the harms set forth in the Complaint; that the balance of harms favors Dow Jones; and that the public interest would not be disserved by an appropriate injunction; it is hereby

ORDERED that Ransquawk, its agents, servants, officers, employees, and all those acting under its control and/or on its behalf and/or in concert with it (the "Ransquawk Parties"), are permanently enjoined and restrained from:

1. Soliciting or requesting (whether expressly or implicitly, for monetary compensation or otherwise) of or from any person or entity with lawful access to Dow Jones's DJX or newswire services, that said person or entity provide, transmit, convey, reproduce, redistribute, or make available to any of the Ransquawk Parties, any content obtained via DJX or Dow Jones newswires, including but not limited to headlines, ledes, partial articles, or full articles, whether *verbatim* or in paraphrase ("Dow Jones Content"), or otherwise inducing or causing any person or entity with lawful access to DJX or Dow Jones newswires to provide, transmit, convey, reproduce, redistribute, or make available any Dow Jones Content to any of the Ransquawk Parties, and from receiving any Dow Jones Content known to have been obtained, directly or indirectly, by any person in violation of such person's contractual obligations to Dow Jones;

2. Disseminating, in whatever form, via any medium now known or hereafter developed, whether to subscribers or anyone else, and whether for monetary compensation or otherwise, (a) at any time, any Dow Jones Content obtained, directly or indirectly, by any person

6926250v.1

in violation of such person's contractual obligations to Dow Jones, and (b) any Dow Jones Content, however acquired, before such time as that Dow Jones Content has been published on any of wsj.com, barrons.com, or marketwatch.com, or in a print version of any Dow Jones publication;

3.  Marketing any product or service in a fashion so as to convey or suggest that customers or subscribers will receive access to Dow Jones content, or similar content created or owned by Dow Jones, closely proximate in time to Dow Jones's own initial dissemination of such content (*e.g.*, "as it breaks" or "in real time").

IT IS FURTHER ORDERED that this Court shall retain jurisdiction for the enforcement of compliance with this Injunction.

SO ORDERED:

Dated:    New York, New York
          May 14, 2014

                                        _____
                                        JESSE M. FURMAN
                                        United States District Judge

3

6926250v.1